# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL A. HERT<br><br>        Plaintiff,<br>v.<br><br>AURORA HEALTH CARE INCORPORATED; JENNIFER WALTERS; KATHLEEN RONDEAU; GWEN BAUMEL; AND JOHN AND JANE DOE.<br><br>        Defendants. | No.: 1:11-cv-469-WCG<br><br>**PLAINTIFF'S DISCLOSURE STATEMENT** |

The undersigned, Thomas G. Jarrard, counsel of record for MICHAEL A. HERT, furnishes the following list in compliance with Civil L.R. 7.1 and Fed.R.Civ.P. 7.1:

1.) The full name of every party or amicus the attorney represents in the action:

**Michael A. Hert**

2.) State whether each party or amicus is a corporation. If a corporation, identify any parent corporation and any publicly held corporation owning 10% of more of its stock:

**Not a corporation.**

3.) State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

**Thomas G. Jarrard**
**The Law Office of Thomas G. Jarrard, for Plaintiff**

**George C. Aucoin**
**Law Offices of George C. Aucoin, APLC, for Plaintiff**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 17th day of May, 2011.

Respectfully Submitted,

*/s/Thomas G. Jarrard*
Thomas G. Jarrard
WA State Bar # 39774
Law Office of Thomas G. Jarrard, PLLC
1020 North Washington Street
Spokane, WA 99203
E-mail: tjarrard@att.net
425.239.7290 phone
509.326.2932 fax
***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed in the CM/ECF System, which will automatically send notice to all counsel of record, this 17th day of May, 2011.

>   */s/Thomas G. Jarrard*
>   THOMAS G. JARRARD