# AFFIDAVIT OF SERVICE

State of FEDERAL      County of      Eastern District Of Wisconsin Court

Case Number: 1:11-CV-469

Plaintiff:
**MICHAEL A. HERT**

vs.

Defendant:
**AURORA HEALTH CARE, INC., ET AL.**

For:
Leslie Hunt
AUCOIN LAW FIRM
547 Labarre St.
Mandeville, LA 70448

Received by National Process Service Clearinghouse, Inc. to be served on **JENNIFER WALTERS, 700 N. WESTHAVEN DRIVE, OSHKOSH, WI 54904**.

I, ATTORNEY'S PROCESS & INV. SVCS., INC., being duly sworn, depose and say that on the **3rd day of October, 2011** at **9:00 am**, I:

**INDIVIDUALLY/PERSONALLY** delivered a true copy of the **Summons In A Civil Action** with the date of service endorsed thereon by me, to: **JENNIFER WALTERS** at the address of: **700 N. WESTHAVEN DRIVE, OSHKOSH, WI 54904**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, and declare under penalty of perjury that the information contained herein is true and correct.

Subscribed and Sworn to before me on the 3rd day of October, 2011 by the affiant who is personally known to me.

_Kathleen H Bowman_ Expires 12/30/2012
NOTARY PUBLIC

KATHLEEN H. BOWMAN
NOTARY PUBLIC
STATE OF WISCONSIN

_Steve Jacques_
ATTORNEY'S PROCESS & INV. SVCS., INC.

National Process Service Clearinghouse, Inc.
717 W Ave H
Midlothian, TX 76065
(972) 351-4423

Our Job Serial Number: JMP-2011004865

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w

Case 1:11-cv-00469-WCG    Filed 10/13/11    Page 1 of 1    Document 12