UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL A. HERT,

    Plaintiff,

v.                                  Case No. 2011-CV-469

AURORA HEALTH CARE INCORPORATED,
JENNIFER WALTERS, KATHLEEN RONDEAU,
GWEN BAUMEL, and JOHN and JANE DOE,

    Defendants.

## STIPULATION TO DISMISS AS TO DEFENDANTS
## JENNIFER WALTERS, KATHLEEN RONDEAU AND GWEN BAUMEL

The parties to this action, by their respective counsel of record, hereby stipulate that this action as against defendants Jennifer Walters, Kathleen Rondeau and Gwen Baumel, only, may be dismissed on its merits, without the payment of costs to either party and without further notice to either party.

| Dated: | Dated: |
|---|---|
| s/Thomas G. Jarrard | s/Mary Pat Ninneman |
| WA State Bar #39774 | State Bar #1016956 |
| Attorney for Plaintiff | Attorney for Defendant |
| Law Office of Thomas G. Jarrard, PLLC | Quarles & Brady LLP |
| 1020 North Washington Street | 411 E. Wisconsin Ave., Suite 2040 |
| Spokane, WA 99203 | Milwaukee WI 53202 |
| Email: tjarrard@att.net | Email: mary.pat.ninneman@quarles.com |
| Telephone: 425.239.7290 | Telephone: 414.277.5153 |