UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

Michael A. Hert,

    Plaintiff,

v.                       Case No. 11-C-469

Aurora Health Care, Inc.,

    Defendant.

## NOTICE OF APPEARANCE

TO:    United States District Court
       Eastern District of Wisconsin - Green Bay Division
       Jefferson Court Building
       125 South Jefferson Street, Room 102
       Green Bay, WI 54301-4541

**PLEASE TAKE NOTICE** that the undersigned attorney will also appear on behalf of the Defendant in the above-entitled action.

Dated this 22nd day of November, 2011.

                                       Nicholas O. Anderson
                                       State Bar No. 1072302

                                       s/ Nicholas O. Anderson
                                       QUARLES & BRADY LLP
                                       411 East Wisconsin Avenue
                                       Suite 2040
                                       Milwaukee, WI 53202-4497
                                       414.277.5000

                                       Attorneys for Defendant
                                       Aurora Health Care, Inc.