# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL A. HERT<br><br>    Plaintiff,<br><br> v.<br><br>AURORA HEALTH CARE INCORPORATED; JENNIFER WALTERS; KATHLEEN RONDEAU; GWEN BAUMEL; AND JOHN AND JANE DOE.<br><br>    Defendants. | No.: 1:11-cv-469<br><br><br>**NOTICE OF CHANGE OF ADDRESS** |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that the address for the Law Offices of George C. Aucoin, APLC, attorney for Plaintiff, has changed effective immediately. The new address is:

**Law Offices of George C. Aucoin, APLC**
**311 Forest Brook Blvd.**
**Mandeville, Louisiana 70448**

All other contact information remains the same.

Please forward all future correspondence and documents to the new address.

NOTICE OF CHANGE OF ADDRESS - 1

Dated: March 1, 2012

                                      Respectfully Submitted,

                                      /s/George C. Aucoin

**GEORGE C. AUCOIN**
Louisiana Bar No. 24747
Law Offices of George C. Aucoin, APLC
311 Forest Brook Blvd.
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile:   (985) 951-7490
E-mail:  aucoingc@att.net
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send notice to all counsel of record as set forth below, this 1ST day of March, 2012.

*/s/Leslie G. Hunt*
LESLIE G. HUNT

Mary Pat Ninneman
Nicholas O. Anderson
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202-4497
mary.pat.ninneman@quarles.com
nicholas.anderson@quarles.com