# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL A. HERT | **No.: 1:11-cv-469-WCG** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| AURORA HEALTH CARE INCORPORATED; JENNIFER WALTERS; KATHLEEN RONDEAU; GWEN BAUMEL; AND JOHN AND JANE DOE. | |
| Defendant. | |

Notice is hereby given of the entry of the undersigned as co-counsel for Plaintiff, MICHAEL A. HERT, in the above-entitled action. Pursuant to Fed.R.Civ.P. 5, notice of copies of all pleadings and papers and other material relevant to this action should be directed and served upon:

**Matthew Z. Crotty**
**Witherspoon Kelley**
**422 West Riverside, Suite 1100**
**Spokane, WA 99201**
**Ph: (509) 624-5265**
**E-mail: mzc@witherspoonkelley.com**

NOTICE OF APPEARANCE OF COUNSEL - 1

Dated this 2nd day of March, 2012.

Respectfully Submitted,

/s/Matthew Z. Crotty
**MATTHEW Z. CROTTY**
WSBA No. 39284
Witherspoon Kelley
422 West Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265
Facsimile: (509) 458-2717
E-mail: mzc@witherspoonkelley.com

**GEORGE C. AUCOIN**
Louisiana Bar No. 24747
Law Offices of George C. Aucoin, APLC
311 Forest Brook Blvd.
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile: (985) 951-7490
E-mail: aucoingc@att.net

THOMAS G. JARRARD
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA 99201
Phone: (425) 239 7290
Fax: (509) 326 2932
E-mail: tjarrard@att.net

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF System, which will automatically send

notice to all counsel of record as set forth below, this 2nd day of March, 2012:

**MARY PAT NINNEMAN**
**NICHOLAS O. ANDERSON**
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202-4497
mary.pat.ninneman@quarles.com
nicholas.anderson@quarles.com

☐ U.S. Mail
☐ Overnight Mail
☐ Via Facsimile
☐ Hand Delivery
☒ Via Email

DATED March 2, 2012, at Spokane, Washington.

/s/Matthew Z. Crotty
**MATTHEW Z. CROTTY**
WSBA No. 39284
Witherspoon Kelley
422 West Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265
Facsimile: (509) 458-2717
E-mail: mzc@witherspoonkelley.com

NOTICE OF APPEARANCE OF COUNSEL - 3