UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL A. HERT,

                Plaintiff(s),      Case No. 11-C-469

  v.

                                    **HEARING MINUTE SHEET**

AURORA HEALTH CARE, INC., et al.       **SEALED HEARING**

                Defendant(s).

---

**Hon James R. Sickel, presiding.**      **Date:** May 30, 2012

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Time Commenced:** 10:09 a.m. - 10:12 a.m.    **Time Concluded:** 5:47 p.m. - 5:52 p.m.


**Appearances for Plaintiff:**    Thomas Jarrard for Michael A. Hert

                                          Julie Hert


**Appearances for Defendant:**    Mary Pat Jacoby and Nick Anderson for Aurora Health Care, Inc., Dawn Faucett, H.R. Aurora and Jane Appleby, Senior Counsel for Aurora


Mediation conference held.

**Status of Case:** The parties reach settlement.