# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHAEL A. HERT<br><br>        Plaintiff,<br>v.<br><br>AURORA HEALTH CARE INCORPORATED; JENNIFER WALTERS; KATHLEEN RONDEAU; GWEN BAUMEL; AND JOHN AND JANE DOE.<br><br>        Defendants. | No.: 1:11-cv-469-WCG<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Michael A. Hert, through his attorneys of record, files this instant Notice of Dismissal with Prejudice and,

AS GROUNDS THEREFORE, state that all matters in controversy in the above-captioned cause have been fully and finally compromised.

WHEREFORE, Plaintiff requests that this cause be dismissed, with prejudice, each party to bear his or their own costs and attorneys' fees.

Dated: June 18, 2012.

///

///

Respectfully Submitted,

 /s/George C. Aucoin
GEORGE C. AUCOIN
Louisiana Bar No. 24747
Law Offices of George C. Aucoin, APLC
547 Labarre St.
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile:   (985) 951-7490

*Attorney for Plaintiff*

/s/Mary Pat Jacoby
Mary Pat Jacoby
Nicholas O. Anderson
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202-4497
414-277-5000
mary.pat.ninneman@quarles.com
nicholas.anderson@quarles.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed in the CM/ECF System, which will automatically send notice to all counsel of record this 18th day of June, 2012, as set forth below.

*/s/Leslie G. Hunt*
LESLIE G. HUNT

Mary Pat Jacoby
Nicholas O. Anderson
Quarles & Brady LLP
411 E. Wisconsin Ave., Suite 2040
Milwaukee, WI 53202-4497
414-277-5000
mary.pat.ninneman@quarles.com
nicholas.anderson@quarles.com